CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant HUMBERTO BARRAZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0316 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE PROPERTIES SECURING HUMBERTO BARRAZA'S BOND** |
| v. | |
| STANLEY JAMES PRYOR, JR., et. al., | |
| Defendants. | |

The Note and Deed of Trust against the real property commonly known and described as 603 El Dorado in San Mateo, CA 94401 was posted to secure defendant Humberto Barraza's bond. So that the owners of that property may refinance, it is stipulated and agreed to by and between the undersigned parties that the Notes and Deeds of Trust against the real properties commonly known and described as 151 N. Idaho Street, San Mateo, CA 94401; and 8 N. Fremont Street, San Mateo, California 94401 shall replace the property at 603 El Dorado Street, and be posted as security for the bond.

The parties further agree that a lien shall be placed on the properties at

151 N. Idaho Street in and 8 N. Fremont Street, at which time the lien on 603 El Dorado shall be released.

It is hereby ordered that the Note and Deed of Trust against the real property commonly known and described as 603 El Dorado is exonerated upon the posting of the Notes and Deeds of Trust against 151 N. Idaho Street, San Mateo, CA 94401 and 8 N. Fremont Street to the bond.

The clerk shall sign a Full Reconveyance reconveying the property at 603 El Dorado to the Barrazas.

IT IS SO STIPULATED.

DATED: January 10, 2007

_____
CHRISTOPHER J. CANNON
Counsel for Humberto Barraza

DATED:

_____
STEPHEN H. JIGGER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 6, 2007

_____
HON.
United States District Court Magistrate

*IT IS SO ORDERED — Judge Elizabeth D. Laporte*